(August 2, 1924.)

LEO BROTHERS COMPANY, Respondent, v. SPRING-
FIELD FIRE AND MARINE INSURANCE COM-
PANY OF SPRINGFIELD, MASSACHUSETTS,
Appellant.

[228 Pac. 259.]

APPEAL from the District Court of the Second Judicial
District, for Latah County. Hon. Edgar C. Steele, Judge.

Action on insurance policy. Judgment for plaintiff,
*Affirmed.*

E. Eugene Davis and Orland & Lee, for Appellant.

Frank L. Moore, for Respondent.

McCARTHY, C. J.—This case and *Leo Brothers Co. v.
New Zealand Insurance Co., ante,* p. 548, 228 Pac. 257,
were by stipulation submitted together to the court below,
and this court, the facts and questions of law being sub-
stantially similar. On the authority of the decision in the
last-named case, the judgment and order denying a new
trial are affirmed, with costs to respondent.

Budge, William A. Lee, JJ., and Johnson, District Judge,
concur.

Wm. E. Lee, J., being disqualified, took no part.